# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 96-00092-CB |
| | ) | CIVIL NO. 14-00262-CB-M |
| EDWIN PIERCE PRYOR, | ) | |
| | ) | |
| Petitioner/Defendant | ) | |

## FINAL JUDGMENT

Pursuant to separate order entered this date granting the government's motion to dismiss, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 be and hereby is **DISMISSED with prejudice.**

**DONE** this the 8th day of December, 2014.

                                                s/*Charles R. Butler, Jr.*
                                                **Senior United States District Judge**